**fOpinion issued December 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00936-CV

_____

## IN RE SOLOMON CONNER, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

Relator, Solomon Conner, has filed a petition for a writ of habeas corpus challenging an order revoking his community supervision and committing him to the county jail.[1]

---

[1] The underlying case is *In the Interest of S.D.C. II*, Cause No. 18754RH02, in the 300th District Court of Brazoria County, Texas, the Honorable K. Randall Hufstetler presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.